PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 1173071

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-CR-20049-COOKE**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender: Leslie Roberts III

Name of Sentencing Judicial Officer: The Honorable Marcia G. Cooke, United States District Judge, Miami, Florida

Date of Original Sentence: June 10, 2015

Original Offense: Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §1349, a Class C Felony

Original Sentence: Three (3) Years Probation with the following special conditions: 1) The defendant shall provide complete access to financial information including disclosure of all business and personal finances to the U.S. Probation Officer; 2) The defendant shall submit to search of his/her personal property conducted in a reasonable manner and at a reasonable time by the U. S. Probation Officer ; 3) The defendant shall obtain prior written approval from the Court before entering into any self-employment; 4)The defendant shall participate in the Location Monitoring Program for a period of six months; $100.00 special assessment. Restitution of $850,180.00, joint & several with co-defendants.

Type of Supervision: Probation

Date Supervision Commenced: June 10, 2015

---

## PETITIONING THE COURT

[] To extend the term of supervision for _ years, for a total term of _ years.

[X] To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $200.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 1173071

# CAUSE

The defendant was ordered to make restitution in the sum of $850,150.00 joint and severally with his co-defendants. The United States Probation Office conducted a financial investigation to determine the amount the defendant could afford to pay monthly. The defendant reported the household income and expenses. A financial analysis was conducted and the information was compared to the documentation provided by the defendant and the expenses were adjusted in accordingly. The defendant reported an average of $2,300 net income and allowable expenses of $2,200. The defendant has acknowledged his financial responsibility and has continually looked to maximize disposable income and earmark these funds for the financial obligation. Based on this information, and the fluctuating nature of the defendant's income, it was determined that the defendant will be able to pay $200.00 per month toward restitution.

The defendant was presented with this information and concurred with our assessment. He signed the enclosed Waiver of Hearing to Modify Conditions of Probation. With the Court's approval, this will establish a restitution payment schedule of $200.00 per month commencing February 1, 2016, and every month thereafter until any material change dictates a reevaluation of the proposed payment schedule. The defendant has otherwise been in compliance with the conditions of probation.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of Probation allowing the defendant to pay restitution at the rate of $200.00 per month.

Respectfully submitted,

by Randel G. Frimet Jan 22 2016 1:11 PM

Randel Frimet
Senior U.S. Probation Officer
Phone: 954-769-5621
Date: January 22, 2016 Karen G. Anderson Jan 22 2016 12:30 PM

---

THE COURT ORDERS:

[ ] No Action

[ ] The Extension of Supervision as Noted Above

[X] The Modification of Conditions as Noted Above

[ ] Submit a Request for _ Warrant or _ Summons

MGCooke
Signature of Judicial Officer

2-2-16
Date